UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LOVE,

    Plaintiff,

v.

GENESEE HEALTH SYSTEM, DANIS RUSSELL, Director of GENESEE HEALTH SYSTEM, in his official capacity, REGION 10 PIHP, MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES, and NICK LYON, Director of MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES, in his official capacity,

    Defendants.

No. 18-cv-10570-AJT-RSW

HON. ARTHUR J. TARNOW

MAG. R. STEVEN WHALEN

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR STATE DEFENDANTS TO FILE RESPONSIVE PLEADING**

Andrea L. Rizor (P78382)
Chris E. Davis (P52159)
Attorneys for Plaintiff
Michigan Protection & Advocacy Service
4095 Legacy Parkway, Suite 500
Lansing, MI 48911
(517) 487-1755
arizor@mpas.org
cdavis@mpas.org

Kristin M. Heyse (P64353)
Attorney for State Defendants
Michigan Department of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700
heysek@michigan.gov

_____/

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR STATE DEFENDANTS TO FILE RESPONSIVE PLEADING

The parties, through their counsel, stipulate:

1. Plaintiff served Defendants with a copy of their complaint on or about February 22, 2018.

2. Pursuant to Fed. R. Civ. P. 12(a)(A)(i), State Defendants' responsive pleading is due March 15, 2018.

3. Because the parties are exploring potential resolution of the matter, State Defendants may delay filing their response to the complaint until April 5, 2018.

Stipulated to by:

/s/ Andrea L. Rizor                         /s/ Kristin M. Heyse
Andrea L. Rizor (P78382)            Kristin M. Heyse (P64353)
Attorney for Plaintiff                     Attorney for State Defendants

Dated:  March 8, 2018                 Dated:  March 8, 2018

# ORDER TO EXTEND DEADLINE FOR
# STATE DEFENDANTS' RESPONSE

The parties, by and through their respective attorneys, agree to extend until April 5, 2018 State Defendants' deadline to file a response to the complaint.

IT IS SO ORDERED.


Dated:  March 8, 2018             s/Arthur J. Tarnow
                                  ARTHUR J. TARNOW
                                  United States District Judge