UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JENNIFER LOVE,

    Plaintiff,

v.

GENESEE HEALTH SYSTEM,
DANIS RUSSELL, Director of GENESEE
HEALTH SYSTEM, in his official capacity,
REGION 10 PIHP, MICHIGAN DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
and NICK LYON, Director of MICHIGAN
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, in his official capacity,

    Defendants.
_____/

Hon. Arthur J. Tarnow

Case No: 18-10570

ANDREA L. RIZOR (P78382)
CHRIS E. DAVIS (P52159)
Michigan Protection & Advocacy Service
ATTORNEYS FOR PLAINTIFF
4095 Legacy Parkway, Suite 500
Lansing, MI 48911
517-487-1755
arizor@mpas.org
cdavis@mpas.org

JOHN J. SCHUTZA (P26338)
LEAH D. DuROSS (P77166)
Merry, Farnen & Ryan, P.C.
ATTORNEYS FOR DEFENDANT
REGION 10 PIHP
300 Maple Park Blvd., Suite 301
St. Clair Shores, MI 48081
586-776-6700 / 586-776-1501 - FAX
586-585-0338 (direct)
jschutza@mfr-law.com
lduross@mfr-law.com

| | |
|---|---|
| FREDERICK A. BERG (P38002) | KRISTIN M. HEYSE (P64353) |
| Butzel Long P.C. | Michigan Department of Attorney General |
| ATTORNEY FOR DEFENDANTS GENESEE HEALTH SYSTEM AND DANIS RUSSELL | Health, Education & Family Services ATTORNEY FOR STATE DEFENDANTS |
| 150 W. Jefferson Ave., Suite 100 | P.O. Box 30758 |
| Detroit, MI 48226 | Lansing, MI 48909 |
| 313-225-7000 | 517-373-7700 |
| berg@butzel.com | heysek@michigan.gov |

_____/

## **STIPULATED ORDER FOR DISMISSAL**

The parties in the above-entitled cause, by their respective counsel, hereby stipulate and agree that an Order be entered forthwith dismissing this Complaint with prejudice and without costs, interests, or attorney fees to any party.

**IT IS SO ORDERED.**

Dated: July 18, 2018                              s/Arthur J. Tarnow
                                                                ARTHUR J. TARNOW
                                                                U.S. DISTRICT COURT JUDGE

2

STIPULATED AND AGREED TO BY:

Dated: July 18, 2018

s/ Andrea L. Rizor____
Andrea L. Rizor (P78382)
Chris E. Davis (P52159)
MICHIGAN PROTECTION AND ADVOCACY SERVICE, INC.
4095 Legacy Parkway, Suite 500
Lansing, MI 48911-4263
(517) 487-1755
arizor@mpas.org
ATTORNEYS FOR PLAINTIFF

s/ Kristin M. Heyse_____
Kristin M. Heyse (P64353)
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL HEALTH, EDUCATION & FAMILY SERVICES DIVISION
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700
heysek@michigan.gov
ATTORNEY FOR STATE DEFENDANTS

s/ John J. Schutza_____
JOHN J. SCHUTZA (P26338)
LEAH D. DuROSS (P77166)
MERRY, FARNEN & RYAN, P.C.
ATTORNEYS FOR DEFENDANT REGION 10 PIHP
300 Maple Park Blvd., Suite 301
St. Clair Shores, MI 48081
586-776-6700 / 586-776-1501 - FAX
jschutza@mfr-law.com

s/ Frederick A. Berg_____
FREDERICK A. BERG (P38002)
BUTZEL LONG P.C.
ATTORNEY FOR DEFENDANTS GENESEE HEALTH SYSTEM AND DANIS RUSSELL
150 W. Jefferson Ave., Suite 100
Detroit, MI 48226
313-225-7000